# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TAMMY HERSCHELL, | ) | |
|              Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-4052-JAR/GBC |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
|              Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Gerald B. Cohn, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that judgment be entered in accordance with the fourth sentence of 42 U.S.C. § 405(g), affirming the decision of the Commissioner.

**IT IS SO ORDERED**.

**Dated: March 12, 2010**

                                                         S/ Julie A. Robinson
                                                         **JULIE A. ROBINSON**
                                                         **UNITED STATES DISTRICT JUDGE**